AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Patrick B. Cage

V.

Tiffany Harper, Nicholas Gowen, Kambium Buckner, Dr. Marshall Hatch, Sr., Dr. Horace Smith, and Dr. Rachel Lindsey, in their individual capacities

CASE NUMBER: 1:17-cv-07621

ASSIGNED JUDGE: Honorable Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Honorable Daniel G. Martin

TO: (Name and address of Defendant)

Tiffany Harper
C/O Chicago State University Office of the General Counsel
Cook Administration Building, Room 317
9501 South King Drive
Chicago, Illinois 60628

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ruth I. Major
The Law Offices of Ruth I. Major, P.C.
30 West Monroe Street
Suite 1650
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



November 1, 2017

DATE

# Affidavit of Process Server

| Patrick B. Cage | vs | Tiffany Harper, et al. | 1 17 cv 7621 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **BARRY A SAVAGE SR**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Tiffany Harper**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ _____ witness fee and mileage

☒ Summons, Civil Cover Sheet, Attorney Appearance Form, Notice of Mandatory Initial Discovery, Standing Order Regarding Mandatory Initial Discovery Pilot Project, Mandatory Initial Discovery Pilot Project, Notification of Docket Entry and Complaint

by serving (NAME) **Robin Hawkin**
at ☐ Home
☐ Business **9501 S King Dr Chgo IL 60628**
☐ on (DATE) **11-02-2017** at (TIME) **11:35 am**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely, **Robin Hawkin SL ACCOC General Counsell**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address does not exist  ☐ Service cancelled by litigant
☐ Moved, Left no forwarding  ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( )___DATE___TIME  ,( )___DATE___TIME  ,( )___DATE___TIME
( )___DATE___TIME  ,( )___DATE___TIME  ,( )___DATE___TIME  ,( )___DATE___TIME

**Description:**
- ☐ Male ☒ Female ☐ Glasses
- ☒ White Skin ☐ Black Skin ☐ Brown Skin ☐ Yellow Skin ☐ Red Skin
- ☐ Black Hair ☒ Brown Hair ☐ Blond Hair ☐ Gray Hair ☐ Red Hair
- ☐ White Hair ☐ Balding ☐ Mustache ☐ Beard
- ☐ 14-20 Yrs. ☐ 21-35 Yrs. ☐ 36-50 Yrs. ☒ 51-65 Yrs. ☐ Over 65 Yrs.
- ☐ Under 5' ☐ 5'-5'3" ☒ 5'4"-5'8" ☐ 5'9"-6' ☐ Over 6'
- ☐ Under 100 Lbs. ☐ 100-130 Lbs. ☐ 131-160 Lbs. ☒ 161-200 Lbs. ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

Subscribed and sworn to before me
A notary public, this **6** day of **November** 2017

Notary Public

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/01/19