# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Patrick B. Cage

                    Plaintiff,

v.                                        Case No.: 1:17−cv−07621
                                            Honorable Andrea R. Wood

Tiffany Harper, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 30, 2018:

    MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. The Court adopts the discovery schedule proposed in the parties' Joint Initial Status Report [8]. Any motion to amend pleadings shall be filed by 5/22/2018; all discovery shall be completed by 7/24/2018; the parties shall supplement their mandatory initial discovery responses 60 days before the final pretrial conference; and the parties shall file dispositive motions by 9/25/2018. Case referred to Magistrate Judge Martin for the purposes of a settlement conference. Status hearing set for 4/5/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.