**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PATRICK B. CAGE,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
|    v. ) | Case No. 1:17-cv-07621 |
| ) | |
| **TIFFANY HARPER, NICHOLAS** ) | |
| **GOWEN, KAMBIUM BUCKNER,** ) | |
| **DR. MARSHALL HATCH, SR.,** ) | |
| **DR. HORACE SMITH and DR.** ) | |
| **RACHEL LINDSEY, in their individual** ) | |
| **capacities, and the BOARD OF** ) | |
| **TRUSTEES FOR CHICAGO STATE `** ) | |
| **UNIVERSITY** ) | |
| ) | |
|    **Defendants.** ) | |
| ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

     Plaintiff, Patrick B. Cage, and Defendants, Tiffany Harper, Nicholas Gowen, Kambium Buckner, Dr. Marshall Hatch, Sr., Dr. Horace Smith, the Board of Trustees of Chicago State University (the "Board"), and Dr. Rachel Lindsey, by and through their respective attorneys, collectively referred to herein as the "Parties," jointly submit this Joint Motion for Protective Order and say as follows:

     1.     On December 5, 2017, Plaintiff filed an Amended Complaint in this Court.

     2.     In an effort to protect certain confidential and sensitive information that may be exchanged during discovery and through the Mandatory Initial Discovery Pilot Project, the Parties jointly propose a Protective Order for this Honorable Court's consideration, which will be

submitted via the Court's Proposed Order email account, in accordance with the Court's Standing Orders.

Now, the Parties respectfully request that this Court grant the Parties' Motion for Protective Order and enter the proposed Protective Order.

March 16, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ *Ruth I Major* | /s/ *Alex C. Weinstein* |
| Ruth I. Major (ARDC #6205049) | Nigel F. Telman (ARDC No. 6216939) |
| Daniel R. Broadwell (ARDC No. 6299177) | Alex C. Weinstein (ARDC No. 6326034) |
| The Law Offices of Ruth I. Major P.C. | Proskauer Rose LLP |
| 30 West Monroe Street, Suite 1650 | 70 W Madison, Suite 3800 |
| Chicago, Illinois 60603 | Chicago, IL 60602 |
| Telephone: (312) 893-7544 | Telephone: (312) 962-3550 |
| Facsimile: (614) 744-2300 | Facsimile: (312) 962-3551 |
| rmajor@major-law.com | ntelman@proskauer.com |
| dbroadwell@major-law.com | aweinstein@proskuaer.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |